UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5  PM 1:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

STEPHANIE VERONICA SUMLAR,

  Plaintiff,

v.            Cv. No. 02-2591-Ma

SHELBY COUNTY GOVERNMENT,

  Defendant.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order Dismissing Complaint, docketed September 30, 2005. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

APPROVED: _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 4, 2005
DATE

THOMAS M. GOULD
CLERK

(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:02-CV-02591 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Stephanie Veronica Sumlar
4938 N. Brooksbank Cove
Memphis, TN 38141

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT